United States District Court
Southern District of Texas
**ENTERED**
June 26, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| ALIOSKY OMAR TRIANA-PEREZ, | § | |
| *Petitioner,* | § | |
| | § | |
| v. | § | Civil No. 5:26-cv-00403 |
| | § | |
| ATTORNEY GENERAL OF THE | § | |
| UNITED STATES, | § | |
| DIRECTOR OF THE RIO GRANDE | § | |
| PROCESSING CENTER, | § | |
| U.S. DEPARTMENT OF HOMELAND | § | |
| SECURITY, | § | |
| U.S. IMMIGRATION AND CUSTOMS | § | |
| ENFORCEMENT, | § | |
| and UNITED STATES DISTRICT | § | |
| COURT SOUTHERN DISTRICT OF | § | |
| TEXAS, | § | |
| *Respondents.* | § | |

## **ORDER**

Before the Court is Respondents' Advisory Relating to the Court's Order in Docket Entry No. 7. Dkt. No. 17. Respondents advised that Petitioner was to be transferred and staged for removal on or around May 20, 2026. *Id.* at 1. The Court appreciates Respondents' proper compliance with the Court's Order. However, this action remains pending because neither party has taken further action. Accordingly, Respondents are **ORDERED** to file an advisory by **July 24, 2026**, notifying the Court whether they have effectuated Petitioner's transfer and removal. Should Respondents wish to seek dismissal of this action, they may file their motion to dismiss by **July 24, 2026**.

IT IS SO ORDERED

Signed this June 26, 2026, in Laredo, Texas.

Diana Song Quiroga
United States Magistrate Judge